**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): ________________________ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name**

   Andrade Gutierrez Engenharia S.A.

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

   ☑ Other 17.262.213/0001-94. Describe identifier Brazil Tax ID.

   **For individual debtors:**

   ☐ Social Security number: xxx – xx– ____ ____ ____ ____

   ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

   ☐ Other ____________________________. Describe identifier ______________________________.

3. **Name of foreign representative(s)**

   Gustavo Braga Mercher Coutinho

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   N/A - Foreign Representative was appointed through resolution

5. **Nature of the foreign proceeding**

   *Check one:*

   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   A certified copy, translated into English, of the Initial EJ Court Order and the Authorizing Resolutions (each as attached to the Foreign Representative Declaration filed contemporaneously herewith).

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

Debtor Andrade Gutierrez Engenharia S.A.
Name

Case number (*if known*) ____________________

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Brazil

**Debtor's registered office:**

Avenida do Contorno, nº 8,123, Cidade Jardim
Number Street

____________________
P.O. Box

Belo Horizonte MG 30.110- 937
City State/Province/Region ZIP/Postal Code

Brazil
Country

**Individual debtor's habitual residence:**

____________________
Number Street

____________________
P.O. Box

____________________
City State/Province/Region ZIP/Postal Code

____________________
Country

**Address of foreign representative(s):**

Av. das Nações Unidas, nº 12.495, 4º floor, Cidade Monções
Number Street

____________________
P.O. Box

São Paulo SP 04578-000
City State/Province/Region ZIP/Postal Code

Brazil
Country

**10. Debtor's website** (URL)

www.andradegutierrez.com.br

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

- ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.
- ☐ Partnership
- ☐ Other. Specify: ____________________

☐ Individual

Debtor Andrade Gutierrez Engenharia S.A.
Name
Case number (if known)______________________

**12. Why is venue proper in *this district*?**

*Check one:*

- ☑ Debtor's principal place of business or principal assets in the United States are in this district.
- ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
  ______________________________________________.
- ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
  ______________________________________________.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /s/ Gustavo Braga Mercher Coutinho — Gustavo Braga Mercher Coutinho
Signature of foreign representative — Printed name

Executed on 09/30/2026
MM / DD / YYYY

✘ ______________________ — ______________________
Signature of foreign representative — Printed name

Executed on ______________
MM / DD / YYYY

**14. Signature of attorney**

✘ /s/ Timothy Graulich — Date 09/30/2026
Signature of Attorney for foreign representative — MM / DD / YYYY

Timothy Graulich
Printed name

Davis Polk & Wardwell LLP
Firm name

450 Lexington Avenue
Number Street

New York — NY — 10017
City — State — ZIP Code

(212) 450-4639
Contact phone

timothy.graulich@davispolk.com
Email address

2661445 — NY
Bar number — State



Print Save As... Add Attachment Reset