DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Timothy Graulich, Esq.
Joanna McDonald, Esq.

*Counsel to Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**Andrade Gutierrez Engenharia S.A.,**[1]<br><br>**Debtors in a Foreign Proceeding** | **Chapter 15**<br><br>**Case No. 26-12355 (DSJ)**<br><br>**(Jointly Administered)** |

**AGENDA FOR OCTOBER 27, 2026 RECOGNITION AND ENFORCEMENT HEARING**

| | |
|---|---|
| Time and Date of Hearing: | October 27, 2026 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Hearing will be a hybrid proceeding in which interested persons may appear either in person in Judge Jones's courtroom at One Bowling Green, New York, NY 10004-1408, Courtroom 701, or through Zoom for Government videoconference. Parties wishing to participate **remotely** in the Hearing are required to register their eCourt Appearance by 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing at https://www.nysb.uscourts.gov/ecourtappearances. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' Information agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/andrade. |

[1] The debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with each Debtor's tax identification or corporate registry number, are: Andrade Gutierrez Engenharia S.A. (Brazil – No. 17.262.213/0001-94) ("AGE"), Andrade Gutierrez Construções e Serviços S.A. (Brazil – No. 39.469.291/0001-05) ("AGCS"), Andrade Gutierrez Investimentos em Engenharia S.A. (Brazil – No. 17.027.611/0001-26) ("AGIE"), Andrade Gutierrez International S.A. (Brazil – No. 20.253.172/0001-84) ("AGINT"), Zagope SGPS S.A. (Portugal – No. 507403177) ("Zagope"), and INZAG Germany GmbH (Germany – No. HRB 32335) ("INZAG").

## I. UNCONTESTED MATTERS:

1. ***Motion for Recognition and Enforcement.*** Motion for (I) Recognition of Foreign Proceeding, (II) Recognition of Foreign Representative, (III) Recognition and Enforcement of Brazilian Confirmation Order and Related EJ Plans and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code and Additional First Day Filings [ECF No. 5].

   Objection Deadline: October 20, 2026 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents:

   A. Official Form 401 Petitions[2] of Andrade Gutierrez Engenharia S.A., Andrade Gutierrez Construções e Serviços S.A., Andrade Gutierrez Investimentos em Engenharia S.A., Andrade Gutierrez International S.A., Zagope SGPS S.A., and INZAG Germany GmbH;

   B. Declaration of Gustavo Coutinho in Support of the Motion for (I) Recognition of Foreign Proceeding, (II) Recognition of Foreign Representative, (III) Recognition and Enforcement of Brazilian Confirmation Order and Related EJ Plans and (IV) Related Relief Under Chapter 15 of The Bankruptcy Code and Additional First Day Filings [ECF No. 3];

   C. Declaration of Eduardo Augusto Mattar in Support of the Motion for (I) Recognition of Foreign Proceeding, (II) Recognition of Foreign Representative, (III) Recognition and Enforcement of Brazilian Confirmation Order and Related EJ Plans and (IV) Related Relief Under Chapter 15 of The Bankruptcy Code and Additional First Day Filings [ECF No. 4];

   D. Disclosures Pursuant to Section 1515(c) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 1007(a)(4) and 7007.1 and Local Rule 1007-3 [ECF No. 6]; and

   E. Certificate of No Objection Regarding Motion for (I) Recognition of Foreign Proceeding, (II) Recognition of Foreign Representative, (III) Recognition and Enforcement of Brazilian Confirmation Order and Related EJ Plans, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code [ECF No. 17].

---

[2] The Petitions are filed as ECF No. 1 at Case Nos. 26-12355, 26-12356, 26-12357, 26-12358, 26-12359, and 26-12360.

Status: This matter is going forward on an uncontested basis.

Dated: October 25, 2026
New York, New York

/s/ Timothy Graulich
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Timothy Graulich, Esq.
Joanna McDonald, Esq.

*Counsel to the Foreign Representative*